Thomas R. **STORKAMP**, Plaintiff— Appellant,

v.

Pete **GEREN**, Secretary, Department of the Army, Defendant—Appellee.

No. 08–1558.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 21, 2008.

Decided: Oct. 23, 2008.

Thomas R. Storkamp, Appellant Pro Se. George Edward Bell Holding, United States Attorney, Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before MICHAEL, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas R. Storkamp appeals the district court's orders granting summary judgment on Storkamp's action alleging violations of the Rehabilitation Act of 1973, 29 U.S.C. § 794(a) (2000), and Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e–2000e–17 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Storkamp v. Geren,* No. 5:05–cv–00523–F, 2008 WL 360991 (E.D.N.C. Feb. 8, 2008) & (Apr. 9, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*